# U.S. District Court
# Northern District of Alabama (Western)
# CIVIL DOCKET FOR CASE #: 7:06−cv−03552−LSC

Taylor v. Dolgencorp, Inc. et al  
Assigned to: Judge L Scott Coogler  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 11/03/2006  
Date Terminated: 03/30/2010  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**William Taylor**     represented by     **J Allen Schreiber**  
SCHREIBER &PETRO PC  
301 19th Street N, Suite 580  
Birmingham, AL 35203  
205−871−5080  
Fax: 205−879−6960  
Email: allen@sppclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jere L Beasley**  
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC  
PO Box 4160  
Montgomery, AL 36103−4160  
1−334−269−2343  
Fax: 334−954−7555  
Email: jere.beasley@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**P Mark Petro**  
SCHREIBER &PETRO PC  
301 19th Street N, Suite 580  
Birmingham, AL 35203  
205−871−5080  
Fax: 205−879−6960  
Email: ppetro@sppclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Roman A Shaul**  
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC  
PO Box 4160  
Montgomery, AL 36103−4160  
1−334−269−2343  
Email: roman.shaul@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **W Daniel Miles , III**<br>BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC<br>P O Box 4160<br>Montgomery, AL 36103–4160<br>334–269–2343<br>Fax: 334–954–7555<br>Email: dee.miles@beasleyallen.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

|  |  |  |
|---|---|---|
| **Dolgencorp, Inc.** | represented by | **J Trent Scofield**<br>OGLETREE DEAKINS NASH SMOAK &STEWART PC<br>One Federal Place, Suite 1000<br>1819 5th Avenue, North<br>Birmingham, AL 35203<br>205–328–1900<br>Fax: 205–328–6000<br>Email: trent.scofield@odnss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joel S Allen**<br>MORGAN LEWIS &BOCKIUS LLP<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>214–466–4106<br>Fax: 214–466–4001<br>Email: joel.allen@morganlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Keith D Frazier**<br>OGLETREE DEAKINS NASH SMOAK &STEWART PC<br>SunTrust Plaza<br>401 Commerce Street, Suite 1200<br>Nashville, TN 37219<br>615–254–1900<br>Fax: 615–254–1908<br>Email: keith.frazier@odnss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Melissa M Hensley**<br>MORGAN LEWIS &BOCKIUS LLP<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>214–466–4130 |

Fax: 214−466−4001
Email: melissa.hensley@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**
MORGAN LEWIS &BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
214−466−4111
Fax: 214−466−4001
Email: ron.manthey@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dollar General Partners**     represented by   **J Trent Scofield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dolgencorp of New York, Inc.**     represented by   **J Trent Scofield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**

          (See above for address)  
          *LEAD ATTORNEY*  
          *ATTORNEY TO BE NOTICED*

**Melissa M Hensley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dolgencorp of Texas, Inc.** represented by **J Trent Scofield**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joel S Allen**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2006 | Ï 1 | ORDER granting in part 23 dft's motion for severance and separate trials filed by Dolgencorp, Inc., withholding ruling on the remaining plas' cases; Clerk is directed to sever the causes of the plas listed in the table (non−Alabama plaintiffs) attached to this order; Clerk is to electronically copy the complaint and answer filed in case number CV−06−LSC−1538−W to the docket of the severed cases; plas to pay the filing fees for each of the severed cases by 12/5/06, failure to pay filing fee will result in dismissal w/prej; cases are to be directly assigned to the undersigned; all of the above severed cases shall be consolidated for discovery purposes under case CV−06−LSC−1538−W. Signed by Judge L Scott Coogler on 11/3/2006. (Attachments: # 1 non−Alabama by jurisdiction)(BST) (Entered: 11/06/2006) |

| | | | |
|---|---|---|---|
| 11/03/2006 | Ï 2 | COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A) (deemed filed 8/7/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 3 | FIRST AMENDED COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A) (deemed filed 8/9/06 in CV–06–CO–1538–S)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 4 | SECOND AMENDED COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (deemed filed 9/5/06 in CV–06–LSC–1538–W) (BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 5 | ANSWER to First Amended Complaint by Dolgencorp, Inc. (deemed filed 9/5/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 6 | ANSWER to Second Amended Complaint by Dolgencorp, Inc. (deemed filed 9/19/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 12/05/2006 | Ï | Filing fee: $ 350, receipt number 200 231881 (autouser, ) (Entered: 12/14/2006) |
| 03/30/2010 | Ï 7 | ORDER transferring case to the Middle District of North Carolina; original electronic record will be sent to Clerk of Court 10 business days from this date; Signed by Judge L Scott Coogler on 3/30/2010. (CAG, ) (Entered: 03/30/2010) |